IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| THOMAS AVALOS, JR.   xxx-xx-4767 | § Case No. 24-10217 |
| | § Chapter 13 |
| 7166 CR 605 | § |
| DAYTON, TX 77535 | § |
| | § |
| DEBTORS | |

## TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. SECTION 1302(c)

The Standing Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c):

1. The business examination consisted of the review of the following documentation after the 341 meeting of creditors:

| | | |
|---|---|---|
| a | Statement of Affairs and Schedules | Yes |
| b | Tax returns for the years | 2023 |
| c | Evidence of insurance | n/a |
| | Liability | |
| | Property | |
| | Workers Compensation | |
| | Other | |
| d | Bank Statements | No |
| e | Business Licenses, Permits | n/a |
| f | Other | n/a |

2. The 341 meeting of creditors was held on

| |
|---|
| 6/25/24 |

3. The Debtor's business is located at:

| |
|---|
| 7166 CR 605 Dayton, TX 77535 |

4. Nature of Debtor's business:

| | | |
|---|---|---|
| a | Retail | |
| b | Service (specify) | Machinery repair |
| c | Other (specify) | |

5. Debtor's business is:

| | | |
|---|---|---|
| a | Sole Proprietorship | X |
| b | Corporation | |
| c | Partnership | |
| d | Other (specify) | |

6. Debtor is:

| a | Owner | X |
|---|---|---|
| b | Partner | |
| c | Shareholder | |

| 7. Years of operation of Debtor's business | 1/2021--present |
|---|---|
| 8. Number of employees (excluding debtors) | None |
| 9. Statement of Financial Affairs Questions 1-15 complete? | Yes |
| 10. Additional information requested on Questions? | n/a |
| 11. Statement of Financial Affairs Questions 16-28 complete? | Yes |
| 12. Additional information requested on Questions? | n/a |

8. The following Schedules are complete:

| | Complete | Incomplete |
|---|---|---|
| Schedule A | X | |
| Schedule B | X | |
| Schedule C | X | |
| Schedule D | X | |
| Schedule E | X | |
| Schedule F | X | |
| Schedule G | X | |
| Schedule H | X | |
| Schedule I | X | |
| Schedule J | | X |
| Credit Counseling | X | |
| Profit Loss Statements | | X |
| Tax Returns | X | |

| 9. Have all required State, Local and Federal tax returns been filed | Yes |
|---|---|
| 10. Has all information requested by the Trustee been provided | No |
| 11. Missing documents to be provided within 14 days: | P&L for May and supporting documents for 6 months of P&Ls |
| 12. Additional documents requested at the 341 meeting | Payoff statement for Graceland lease |
| 13. Debtor's primary business assets consist of: | 2013 Chevrolet & tools |
| 14. The total fair market value of the business as an ongoing concern is approximately: | $28,700 |
| 15. The Debtor's average monthly gross receipts for the 6 months prior to filing was: | $5,688.52 |
| 16. The Debtor's projected monthly gross receipts per Schedule I are: | $5,800 |

DATED this, the 25th day of June 2024.

        Respectfully submitted,

        Lloyd Kraus
        CHAPTER 13 TRUSTEE

        /s/ Lloyd Kraus
        Lloyd Kraus, Chapter 13 Trustee SBN 24066773
        110 N. College, Suite 1200
        Tyler, TX  75702
        (903) 593-7777; FAX (903) 597-1313

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee Statement Pursuant to 11 U.S.C. Section 1302 (c) has been served upon the following parties in interest by mailing a copy of same to them via first class mail or electronically on 6/25/24:

FRANK J. MAIDA
MAIDA LAW FIRM, P.C.
4320 CALDER AVENUE
BEAUMONT, TX 77706

THOMAS AVALOS, JR.
7166 CR 605
DAYTON, TX 77535

LIBERTY COUNTY
LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

PERITUS PORTFOLIO SERVICES II, LLC
WILCOX LAW, PLLC
PO BOX 201849
ARLINGTON, TX 76006

        /s/ Lloyd Kraus
        Lloyd Kraus