## MONTHLY OPERATING REPORTS FOR BUSINESS OPERATED BY DEBTOR

FOR THE MONTH OF _June, 2024_
DUE BY THE 20TH DAY OF EACH MONTH[1]

NAME OF DEBTOR(S): _Thomas Avalos_

CASE NUMBER: _____

CONFIRMATION HEARING DATE: _____

Income from business sources only:
(ATTACH ALL BANK STATEMENTS and any other business income verification):

$ 11,054
$
$

**Total Income**  $ 11,054

**Business Expenses**
(Attach verification of all expenses):

| | |
|---|---|
| Rent | $ |
| Insurance | $ 533 |
| Wages (Employee's only) | $ |
| Other: Cost of Goods ~~Utilities~~ Parts | $ ~~2265~~ ~~2896~~ 83 |
| Cell Phone | $ |
| Advertising | $ |
| ~~Office Supplies~~ Tools | $ 523 |
| Services | $ |
| Auto Expense (Fuel, Maintenance) | $ 675.00 |
| | $ |

Attach additional sheets if needed.

**Total Expenses**  $ 4627.83

**Net Profit or (Loss)**  $ 6426.17

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Dated: _7-23-24_                       _[signature]_
                                        Debtor

Dated: _____                  _____
                                        Joint Debtor

MAIL THIS FORM WITH ALL REQUESTED ATTACHMENTS TO
CHAPTER 13 TRUSTEE, 110 N. COLLEGE AVE., STE. 1200, TYLER, TX 75702
OR EMAIL TO DOCS@CH13TYLER.COM

RECOMMENDED FORM

---

[1] EXAMPLE: OPERATING REPORTS FOR THE MONTH OF JANUARY WOULD BE DUE BY FEBRUARY 20<sup>TH.</sup> TIMELY PROVIDE THE OPERATING REPORT AND APPLICABLE BANK STATEMENTS WITH OTHER RELATED DOCUMENTS TO YOUR ATTORNEY FOR REVIEW SO IT MAY BE RECEIVED BY THE CHAPTER 13 TRUSTEE'S OFFICE BY THE 20TH OF EACH MONTH. FAILURE TO DO SO COULD RESULT IN A MOTION TO DISMISS YOUR CASE BEING FILED WITH THE COURT.



Page 1 of 3
Statement Period: June 16 - July 15, 2024

 Account Information & Customer Service
1-(877) 968-7962

 P.O. Box 7889 The Woodlands, TX 77387

 Visit Us Online at www.woodforest.com

Like Us On     Follow Us on 

THOMAS AVALOS JR
7166 COUNTY ROAD 605
DAYTON TX 77535-6790

## Summary of Accounts

| ACCOUNT TYPE AND NUMBER | BALANCE FORWARD | TOTAL DEBITS | TOTAL CREDITS | CLOSING BALANCE |
|---|---|---|---|---|
| Woodforest Checking 1586 | 2,119.66 | 6,841.82 | 4,900.00 | 177.84 |

**Woodforest Checking 1586**

## Transactions

| Date | Credits | Debits | Balance | Description |
|---|---|---|---|---|
| 06-16 | | 11.96 | 2,107.70 | POS DB CHICK-FIL-A #04802 CROSBY TX 000000000057830 |
| 06-16 | | 100.00 | 2,007.70 | POS DB ATT* BILL PAYMENT DALLAS TX 000000000282143 |
| 06-16 | | 150.00 | 1,857.70 | POS DB CASH APP*JENNIFER THAM San Francisco CA 000000000801628 |
| 06-16 | | 305.63 | 1,552.07 | POS DB ATT* BILL PAYMENT DALLAS TX 000000000281420 |
| 06-16 | | 550.00 | 1,002.07 | POS DB CASH APP*REBECCA AVALO San Francisco CA 000000000276278 |
| 06-17 | | 9.94 | 992.13 | POS DB KFC C521025 HOUSTON TX 000000000521642 |
| 06-17 | | 12.80 | 979.33 | POS DB Spotify USA New York NY 000000000382789 |
| 06-17 | | 17.84 | 961.49 | POS DB WHATABURGER 898 CROSBY TX 000000000708394 |
| 06-17 | | 280.88 | 680.61 | POS DB HARBOR FREIGHT TOOLS 3 HOUSTON TX 000000000496141 |
| 06-17 | | 307.05 | 373.56 | POS DB NNT Aegis Insurance881589 800-2332160 PA 000000000825600 |
| 06-18 | | 11.56 | 362.00 | POS DB POPEYES 2171/52 CHANNELVIEW TX 000000000346963 |
| 06-18 | | 35.98 | 326.02 | POS DB M & D Distributors HUMBLE TX 000000000494597 |
| 06-19 | | 49.38 | 276.64 | POS DB Houston Truck Parts Houston 000000000054855 |
| 06-19 | | 56.61 | 220.03 | POS DB DF SALES TX LLC CHANNELVIEW TX 000000000060650 |
| 06-21 | | 105.00 | 115.03 | POS DB GFM*GoFundMe Funding R GOFUNDME.COM CA 000000000225982 |
| 06-24 | 400.00 | | 515.03 | DEPOSIT |
| 06-25 | 4,500.00 | | 5,015.03 | DEPOSIT |
| 06-25 | | 248.95 | 4,766.08 | POS DB Highway and Heavy Part Coleman MI 000000000391894 |
| 06-26 | | 8.65 | 4,757.43 | POS DB O'REILLY 572 CROSBY TX 000000000825757 |
| 06-26 | | 17.54 | 4,739.89 | POS DB CHICK-FIL-A #04802 CROSBY TX 000000000081184 |
| 06-26 | | 45.06 | 4,694.83 | POS DB M & D Distributors HUMBLE TX 000000000031745 |
| 06-26 | | 100.90 | 4,593.93 | POS DB CIRCLE K #2741915 CYPRESS TX 000000000100107 |
| 06-26 | | 229.42 | 4,364.51 | POS DB CAVENDERS BOOT 20 Houston TX 000000000548088 |
| 06-27 | | 13.54 | 4,350.97 | POS DB MURPHY7042ATWAL CROSBY TX 000000000315077 |
| 06-27 | | 33.97 | 4,317.00 | POS DB WIENERSCHNITZEL 720 BEAUMONT TX 000000000046507 |
| 06-27 | | 40.36 | 4,276.64 | POS DB AMAZON MKTPLACE PMTS Amzn.com/bill WA 000000000158234 |
| 06-27 | | 100.00 | 4,176.64 | POS DB SPEED STOP CHANNELVIEW TX 000000000874932 |
| 06-28 | | 3.99 | 4,172.65 | POS DB FUEL MAXX HOUSTON TX 000000000398512 |
| 06-28 | | 8.31 | 4,164.34 | POS DB CHEVRON 0379064 DAYTON TX 000000000498676 |
| 06-28 | | 13.36 | 4,150.98 | POS DB SHIPLEY DO-NUTS - FC60 CROSBY TX 000000000313552 |
| 06-28 | | 1,000.00 | 3,150.98 | POS DB CASH APP*CYNTHIA WL PA San Francisco CA 000000000548936 |
| 06-29 | | 3.24 | 3,147.74 | POS DB SHELL HOUSTON TX 000000000053612 |
| 06-29 | | 26.66 | 3,121.08 | POS DB 2 BROKE CAJUNS BBQ LLC DAYTON TX 000000000919791 |
| 06-29 | | 29.81 | 3,091.27 | POS DB CROSBY CLEANERS & LAUN CROSBY TX 000000000838676 |
| 06-29 | | 49.69 | 3,041.58 | POS DB WAYSIDE AUTO & TRUCK P HOUSTON TX 000000000759251 |
| 06-29 | | 86.59 | 2,954.99 | POS DB SPEED STOP CHANNELVIEW TX 000000000794768 |
| 06-29 | | 160.70 | 2,794.29 | POS DB MURPHY7658ATWAL BAYTOWN TX 000000000899364 |
| 06-30 | | 100.00 | 2,694.29 | POS DB CASH APP*BARBARA GARCI San Francisco CA 000000000891152 |
| 07-01 | | 6.45 | 2,687.84 | POS DB EXXON 7-ELEVEN 41681 DAYTON TX 000000000681093 |
| 07-01 | | 14.85 | 2,672.99 | POS DB SHELL DAYTON TX 000000000098227 |

